# UNITED STATES DISTRICT COURT FOR THE

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WILLIAM TYSZKIEWICZ,**  Plaintiff  v.  **BOSLEY MEDICAL GROUP,**  Defendant | ) ) ) ) ) **Case No.: 1:17-cv-10584-RGS** ) ) ) ) ) ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: September 1, 2017

BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2017, a true and correct copy of the foregoing pleading was served via ECF to the below:

Dawn M. Mertineit, Esq.
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston Massachusetts 02210
Phone: (617) 946-4800
Email: dmertineit@seyfarth.com

| | |
|---|---|
| Dated: September 1, 2017 | BY: */s/ Craig Thor Kimmel* |
| | Craig Thor Kimmel, Esquire |
| | Kimmel & Silverman, P.C. |
| | 30 E. Butler Avenue |
| | Ambler, PA 19002 |
| | Phone: (215) 540-8888 |
| | Facsimile: (877) 788-2864 |
| | Email: kimmel@creditlaw.com |
| | Attorney for the Plaintiff |